| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Daughtrey, Martha C | 2. Court or Organization 6th Circuit Court of Appeals | 3. Date of Report 8/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 300 Customs House 701 Broadway Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE · (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1975-93 | Tennessee State Retirement System (former state judge) |
| 2. | 1972-75 | TIAA-CREF (former law professor) |

RECEIVED Aug 15 4 26 PM '05 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 8/9/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - ( o reportable non-invest ent income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 7/04 | Institute of Judicial Administration, 1-wk seminar | 1500.00 |
| 2. | 2004 | Tennessee State Retirement System | 26,400 |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar am u t not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | The Tennessean (freelance writing) |
| 2. | 2004 | Social Security (retirement benefits) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York University | 03/04/04 - New York City - Hauser Selection Committee - t,l,f |
| 2. | Institute of Judicial Administration/FJC | 7/12/04 - New York City - Appellate Judges Seminar - t,l,f |
| 3. | Washington and Lee University | 10/23/2024 - Lexington, VA - moot court - t,l,f |
| 4. | BA | 11/12/04 - Chicago - committee mtg - t,l,f |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Home Mortgage, Phoenix | partnership in ▆▆▆ home | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 8/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alliance Money Reserves (Money Mkt) (now AllianceBernstein) | A | Dividend | K | T | | | | | |
| 2. AmSouth (stock) | A | Dividend | J | T | | | | | |
| 3. AmSouth (checking accounts) | C | Interest | M | T | | | | | |
| 4. Lincoln Trust, Denver (IRA) | A | Dividend | K | T | | | | | |
| 5. Williams Co. (stock) | A | Dividend | K | T | | | | | |
| 6. Gannett, Inc. (stock) | A | Dividend | L | T | | | | | |
| 7. Alliance Cap. Res. (Money Mkt)(now AllianceBernstein) | A | Interest | L | T | | | | | |
| 8. American Electric Power (stock) | A | Dividend | J | T | | | | | |
| 9. Bristol Meyer Co. (stock) | A | Dividend | J | T | | | | | |
| 10. J.P. Morgan Chase (stock) | A | Dividend | K | T | | | | | |
| 11. Kroger Co. (stock) | A | Dividend | J | T | | | | | |
| 12. Chevron Corp. (stock) | C | Dividend | M | T | | | | | |
| 13. Morgan Stanley Harbor I(annuity) | C | Interest | L | T | | | | | |
| 14. TIAA-CREF (stock and annuity) | A | Interest | M | T | | | | | |
| 15. Bank of America (checking acc!) | A | Interest | J | T | | | | | |
| 16. Gannett 401(k) (Pension account) | A | Dividend | K | T | | | | | |
| 17. Terra Industries (stock) | A | Dividend | J | T | | | | | |
| 18. Longleaf Partners (mutual fund) | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $60,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Code : (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 8/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Mutual Series Beacon Fund (mutual fund) | B | Dividend | M | T | | | | | |
| 20. T Rowe Price Stock Fund (mutual fund) | A | Dividend | K | T | | | | | |
| 21. Kaufman Fund (mutual fund)(now Federated Kaufman) | A | Dividend | K | T | | | | | |
| 22. IKon Office Solutions (stock) | A | Dividend | J | T | Sell | 6/24 | J | A | |
| 23. Pershing Government Account (Money Market) | A | Interest | K | T | | | | | |
| 24. HSBC Holdings | A | Dividend | J | T | | | | | |
| 25. Exxon Mobil (stock) | B | Dividend | L | T | | | | | |
| 26. Dell Computer (stock) | A | Dividend | J | T | | | | | |
| 27. EMC Corp (stock) | A | Dividend | J | T | | | | | |
| 28. Intel Corp (stock) | A | Dividend | J | T | | | | | |
| 29. Oracle Corp (stock) | A | Dividend | J | T | | | | | |
| 30. Sun Micro Systems (stock) | A | Dividend | J | T | | | | | |
| 31. Pioneer Natural Resources, Midland TX | A | Royalty | J | W | | | | | |
| 32. Zimmer Hldgs Inc. (stock) | A | Dividend | J | T | | | | | |
| 33. Plains Mktg., LP, Houston, TX | A | Royalty | J | W | | | | | |
| 34. Morgan Stanley Municipal Income Trust | B | Dividend | K | T | | | | | |
| 35. Morgan Stanley Sched. Annuity Manager | C | Interest | L | T | | | | | |
| 36. Morgan Stanley Multi-Mkt. (mutual fund) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 8/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dodge & Cox Stock Fund (mutual fund) | A | Dividend | L | T | | | | | |
| 38. Vanguard 500 Fund | A | Dividend | J | T | | | | | |
| 39. Vanguad Spec. Health Care Fund | A | Dividend | K | T | | | | | |
| 40. Health Management Assoc. (stock) | A | Dividend | J | T | Sell | 1/13 | J | A | |
| 41. Meridian Growth Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 42. | | | | | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:               J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000          M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000                                                        P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal              R = Cost (Real Estate Only)  S = Assessment              T = Cash/Market
(See Column C2)             U = Book Value             V = Other                  W = Estimated

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Daughtrey, Martha C

Date of Report

8/9/2005

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date  **08/09/05**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544